# EXHIBIT "A"

EXHIBIT "A"



1520 E College Way
PO Box 519
Mount Vernon WA 98273-0519
RETURN SERVICE REQUESTED



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

0026020024  10235084998235027575—Y225608414 126

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275

1 - 126

January 21, 2019

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275



**SB&C, Ltd.**
A Division of Skagit Bonded Collectors, LLC
15201 Coh... ...rnon, WA 98273
(360) 848-6552
"A Professional Debt Collection Agency"

| | | | |
|---|---|---|---|
| Original Creditor: | SKAGIT REGIONAL HEALTH | Principal Balance due as of this date: | $20.00 |
| Creditor Account #: | ▇▇▇▇7873 | Interest/Service Fee: | $0.60 |
| | | (Interest is calculated at 12.00% per Annum) | |
| Date of Last Payment to Creditor: | No payment was received | Collection Charge Allowed by Law: | $0.00 |
| SB&C, Ltd. Account #: | ▇▇6248 | Total Due: | $20.60 |

Dear BRETT M ADAMS:

This account has been assigned to our office for collection.

**We are a professional debt collection agency and this is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Statement of Your Rights Under Federal Law.** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office, that you dispute the validity of the debt, in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment if one exists, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss this account, please contact us at the number below.

Sincerely,

SB&C Ltd.
(360) 848-6552




PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275

January 21, 2019

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275



**SB&C, Ltd.**
A Division of Skagit Bonded Collectors, L.L.C.
1520 E. College Way • Mt. Vernon, WA 98273
(360) 848-6552
"A Professional Debt Collection Agency"

| | | | |
|---|---|---|---|
| Original Creditor: | SKAGIT REGIONAL HEALTH | Principal Balance due as of this date: | $20.00 |
| Creditor Account #: | ▇▇▇▇1427 | Interest/Service Fee: (Interest is calculated at 12.00% per Annum) | $0.60 |
| Date of Last Payment to Creditor: | No payment was received | Collection Charge Allowed by Law: | $0.00 |
| SB&C, Ltd. Account #: | ▇▇6239 | Total Due: | $20.60 |

Dear BRETT M ADAMS:

This account has been assigned to our office for collection.

**We are a professional debt collection agency and this is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Statement of Your Rights Under Federal Law.** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office, that you dispute the validity of the debt, in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment if one exists, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss this account, please contact us at the number below.

Sincerely,

SB&C Ltd.
(360) 848-6552

15201 College Way
PO Box 519
Mount Vernon WA 98273-0519
RETURN SERVICE REQUESTED

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275

1  125

January 21, 2019

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275



**SB&C, Ltd.**
A Division of Skagit Bonded Collectors, L.L.C.
1520 E. College Way • Mt. Vernon, WA 98273
(360) 848-6552
"A Professional Debt Collection Agency"

| | |
|---|---|
| Original Creditor: **SKAGIT REGIONAL HEALTH** | Principal Balance due as of this date: $2350.90 |
| Creditor Account #: ▇▇▇▇7860 | Interest/Service Fee: $71.30 |
| Date of Last Payment to Creditor: No payment was received | (Interest is calculated at 12.00% per Annum) |
| | Collection Charge Allowed by Law: $0.00 |
| SB&C, Ltd. Account #: ▇▇6247 | Total Due: $2422.20 |

Dear BRETT M ADAMS:

This account has been assigned to our office for collection.

**We are a professional debt collection agency and this is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Statement of Your Rights Under Federal Law.** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office, that you dispute the validity of the debt, in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment if one exists, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss this account, please contact us at the number below.

Sincerely,

SB&C Ltd.
(360) 848-6552




1520 E College Way
PO Box 519
Mount Vernon WA 98273-0519
RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
HATTERAS

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275

1 - 123



# SB&C, Ltd.

A Division of Skagit Bonded Collectors, L.L.C.
1520 E. College Way • Mt. Vernon, WA 98273
(360) 848-6552
"A Professional Debt Collection Agency"

January 21, 2019

BRETT M ADAMS
PO Box 275
Clearlake WA 98235-0275

Original Creditor: SKAGIT REGIONAL HEALTH
Creditor Account #: ████1406
Date of Last Payment to Creditor: No payment was received
SB&C, Ltd. Account #: ████6238

Principal Balance due as of this date: $2874.00
Interest/Service Fee: $87.16
(Interest is calculated at 12.00% per Annum)
Collection Charge Allowed by Law: $0.00
Total Due: $2961.16

Dear BRETT M ADAMS:

This account has been assigned to our office for collection.

**We are a professional debt collection agency and this is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Statement of Your Rights Under Federal Law.** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office, that you dispute the validity of the debt, in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment if one exists, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

If you have any questions or would like to discuss this account, please contact us at the number below.

Sincerely,

SB&C Ltd.
(360) 848-6552