# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRETT ADAMS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT BONDED COLLECTORS, LLC d/b/a SB&C, LTD.,<br><br>　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-1005 TSZ |

___　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion, docket no. 15, under Federal Rule of Civil Procedure 12(c) having been granted, judgment on the pleadings is hereby ENTERED in favor of defendant Skagit Bonded Collectors, LLC d/b/a SB&C, Ltd. and against plaintiff Brett Adams. Plaintiff's claims under the Fair Debt Collection Practices Act are DISMISSED with prejudice.

Dated this 22nd day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk