UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT ADAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKAGIT BONDED COLLECTORS, LLC dba SB&C, LTD.,<br><br>Defendant. | C19-1005 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit.  *See* Mandate (docket no. 30); Memorandum (docket no. 28).  The Ninth Circuit having concluded that plaintiff lacks Article III standing and having vacated the judgment entered in favor of defendant Skagit Bonded Collectors, LLC dba SB&C, Ltd., docket no. 25, this action is hereby DISMISSED without prejudice for lack of subject-matter jurisdiction.  The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

Dated this 5th day of January, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1